JOSEPH X. DAMIS, Appellant, v. CASPER L. BARCIA, Respondent, et al., Defendants. DAVID SLOVER, Appellant, v. VINCENT MOSCA, Respondent, et al.,

Defendants.—

Crapser, Bliss, Heffernan and Schenck, JJ., concur; Hill, P. J., dissents, upon the authority of *Phelps* v. *McQuade* (220 N. Y. 232, 235). The plaintiffs were deceived as to the identity of the person with whom they dealt and to whom title to the automobiles passed. No checks were given as the documents were each post-dated. (*Lesser* v. *People*, 73 N. Y. 78, 80.)